Roy Davis, Appellant, v. Commercial Fuel and Service Company and Harold Rothe, Appellees.

opinion filed March 2, 1943. Walker, for appellant; Pope & Driemeyer, for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. "Not to be published in full."

James Butler and Fred Butler, Appellees, v. Dr. James H. Lewis, Appellant.

opinion filed March 2, 1943. C. A. Whiteside, for appellant; Alpheus Gustin, for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. "Not to be published in full."